UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSHUA LEE PARKHURST,<br><br>       Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Case No. 2:16-cv-01441-RFB-NJK<br><br>**ORDER**<br><br>Report & Recommendation of Magistrate Judge Nancy J. Koppe (ECF No. 4) |

  Before the Court for consideration is the Report and Recommendation [ECF No. 4] of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered August 11, 2016.

  A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by August 25, 2016. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

## ORDER

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation [ECF No. 4] is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that this case is DISMISSED without prejudice.

DATED: September 26, 2016.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**